RICHARD BASOME, ADMINISTRATOR AD PROSEQUEN-
DUM, v. ARTHUR J. CONNOLLY, Jr.

Decided May 28, 1924.

Negligence—Motor Vehicle, Reckless Driving—Death Act Re-
quires the Existence of Surviving Next of Kin Who Will
Sustain Pecuniary Loss—Nominal Damages Not Justified—
Rule Absolute.

On plaintiff's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the rule, *Abe Lerenson.*

*Contra, Robert Carey.*

PER CURIAM.

This action was brought by the plaintiff, as administrator
*ad prosequendum* of the estate of one Mrs. Paboozian, for
the benefit of the next of kin of the decedent, for the pecu-
niary loss sustained by them through the death of Mrs.
Paboozian, resulting, as was alleged, from the negligent act
of the defendant in recklessly driving his automobile along
the Hudson county boulevard, in North Bergen, on the night
of June 6th, 1923. The trial resulted in a verdict in favor
of the plaintiff, the jury awarding him six cents. We think
this award cannot be justified. In the first place, there was
evidence that the deceased had, during the latter part of her
lifetime, contributed on certain occasions to the support of
her invalid daughter, who resided in Armenia, and there was
evidence which would have justified the jury in finding that
the daughter had a reasonable expectation of the contribu-
tions in the future.

It is also to be remembered that our Death act, upon
which the right of the plaintiff's recovery rests, only per-

mits such recovery when it is made to appear at the trial—first, that the deceased left next of kin her surviving, and second, that a pecuniary loss was sustained by such next of kin by reason of the death of the decedent. Unless both of these factors are proved, there can be no recovery on the part of the plaintiff. It follows, therefore, that the jury was not justified in returning a verdict for nominal damages.

The rule to show cause will be made absolute.